Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

Isaac Rabicoff
(*Pro Hac Vice admission to be filed*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Hydro Net LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HYDRO NET LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>CELLPHONE-MATE, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-04362-VC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE [Civ. L.R. 6-2]** |

## REQUEST BY PLAINTIFF HYDRO NET LLC

1. Plaintiff Hydro Net LLC hereby requests a continuance of the October 7, 2020 Case Management Conference, to November 9, 2020.

2. Plaintiff has served Defendant Cell-Phone Mate, Inc., but defendant has not appeared and is therefore in default. (*See* Exhibit A, filed herewith.) Plaintiff is in the process of attempting to contact defendant in order to determine whether this default was intentional. Plaintiff requests that the Case Management Conference and deadline for submission of the Case Management Conference Statement be continued.

3. The requested change will not alter any other date of any event or any deadline already fixed by Court order, other than the Case Management Conference date and Case Management Statement deadline.

4. In accordance with Local Rule 6-2, a declaration in support of this stipulation, including information about any prior extensions, and the justification for this request, is provided below.

5. A proposed order is provided below.

Dated: October 1, 2020                                    Respectfully submitted,

                                                     By: */s/ Steven W. Ritcheson*
                                                     Steven W. Ritcheson (SBN 174062)
                                                     INSIGHT, PLC

                                                   Isaac Rabicoff
                                                 (*Pro Hac Vice admission to be filed*)
                                                 RABICOFF LAW LLC
                                                 73 W Monroe St
                                                 Chicago, IL 60603
                                                 773-669-4590
                                                 isaac@rabilaw.com

                                                 **Counsel for Plaintiff**
                                                 **Hydro Net LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 1, 2020.

/s/ Steven W. Ritcheson

I, Steven W. Ritcheson, declare as follows, pursuant to Civ. L.R. 6-2:

1. I am a counsel of record in this action for Plaintiff. I am a member of the Bar of the State of California and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I submit this declaration in support of Plaintiff's REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE.

3. This the first request for continuance of the Case Management Conference.

4. Plaintiff requests a continuance of the Case Management Conference to November 9, 2020, and a corresponding extension of time to file the case management statement, because Defendant has not appeared and answered the Complaint yet.

5. The requested continuance of the Case Management Conference will only affect the deadline to submit the Case Management Statement. No other deadlines will be impacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 1, 2020                                      /s/ Steven W. Ritcheson

**[PROPOSED]** **ORDER**

IT IS HEREBY OORDERED that the Case Management Conference is reset for November 9, 2020 at ____ a.m. A Joint Case Management Statement shall be filed no later than 1 week before the new Case Management Conference date.

Date: October 2, 2020

**DENIED**

Judge Vince Chhabria