IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Hydro Net LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CellPhone-Mate, Inc. d/b/a SureCall,**<br><br>    Defendant. | Case No. 3-20-cv-04362<br><br>Patent Case<br><br>Jury Trial Demanded |

### [PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

Date: October 5, 2020

GRANTED

Judge Vince Chhabria

1